ACCEPTED
15-25-00142-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/29/2025 7:52 AM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/29/2025 7:52:55 AM
CHRISTOPHER A. PRINE
Clerk

ROBERT BATTAILE
502 E Eggleston St Unit B
Manor TX 78653
512-662-2955
Robert@ManorTX.us

Christopher Prine, Clerk
15th Court of Appeals

Velva Price, Travis County Clerk
Transmitted by email to districtclerkhelp@traviscountytx.gov

Re: Updating Court Record for 15-25-00142-CV

9/29/25

Hello Ms. Price and Mr. Prine,

I have been concerned that my filings did not successfully get transferred to the 15th Court of Appeals on the journey from the District Court D-1-GN-25-000719-CV and through the interim pause at the 3rd Court of Appeals.

I identified 11 documents that I think didn't get moved forward, and filed a **Motion to Supplement the Clerk's Record with Omitted Items** last night and included date-stamped copies in envelope 106171308. I will contact Mr. Prine today and assess the timing as to when this record will be complete for the Judges' review and may have to extend the time for the submission of my Appellate Brief.

I grant that you have quite a challenge given the number of cases and complexity of the process, however... I would think that this should have been taken care of in a relatively

simple manner. Nonetheless, I do appreciate your efforts and thank you in advance for working to make the Record accurate and complete.

Sincerely,

Robert Battaile, Appellant Pro Se

Certificate of Service

I hereby certify that a true and correct copy of the foregoing correspondence was served on all counsel and parties of record on September 29, 2025, via the eFileTexas system.

　/s/ Robert Edward Battaile　

Robert Edward Battaile, Pro Se

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106174863
Filing Code Description: Letter
Filing Description: Letter to Supplement Clerk's Record with Omitted Items
Status as of 9/29/2025 9:21 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 9/29/2025 7:52:55 AM | SENT |
| Michael Kabat | 24050847 | mkabat@mcginnislaw.com | 9/29/2025 7:52:55 AM | SENT |
| Joanna Salinas | 791122 | joanna.salinas@fletcherfarley.com | 9/29/2025 7:52:55 AM | SENT |
| William Davidson | 5447000 | bdavidson@chmc-law.com | 9/29/2025 7:52:55 AM | SENT |
| Gavin Villareal | 24008211 | gavin.villareal@bakerbotts.com | 9/29/2025 7:52:55 AM | SENT |
| Michael Roberts | 24082153 | mroberts@jw.com | 9/29/2025 7:52:55 AM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 9/29/2025 7:52:55 AM | SENT |
| Stephanie Serrano | 24092655 | sserrano@rothberg.law | 9/29/2025 7:52:55 AM | SENT |
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 9/29/2025 7:52:55 AM | SENT |
| Patrick Kelly | 11228000 | pat.kelly@traviscountytx.gov | 9/29/2025 7:52:55 AM | SENT |
| Tyler Ryska | 24096597 | tryska@rigbyslack.com | 9/29/2025 7:52:55 AM | SENT |
| Austin Jones | 24116579 | ajones@mcginnislaw.com | 9/29/2025 7:52:55 AM | SENT |
| William Duncan | 24124453 | wduncan@rigbyslack.com | 9/29/2025 7:52:55 AM | SENT |
| Roy Adams | | roy.adams@oag.texas.gov | 9/29/2025 7:52:55 AM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 9/29/2025 7:52:55 AM | SENT |
| Lauren Bush | 24142742 | lbush@jw.com | 9/29/2025 7:52:55 AM | SENT |
| Anna Puff | 24144206 | apuff@sneedvine.com | 9/29/2025 7:52:55 AM | SENT |
| Edward Smith | 24037790 | esmith@808west.com | 9/29/2025 7:52:55 AM | SENT |
| Robert EdwardBattaile | | robert@manortx.us | 9/29/2025 7:52:55 AM | SENT |
| Annette Bittick | | abittick@mcginnislaw.com | 9/29/2025 7:52:55 AM | SENT |
| Patricia Muniz | | paralegal@rigbyslack.com | 9/29/2025 7:52:55 AM | SENT |
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 9/29/2025 7:52:55 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106174863
Filing Code Description: Letter
Filing Description: Letter to Supplement Clerk's Record with Omitted Items
Status as of 9/29/2025 9:21 AM CST

Case Contacts

| Raylynn Howell | | raylynn.howell@bakerbotts.com | 9/29/2025 7:52:55 AM | SENT |
|---|---|---|---|---|
| Kim McBride | | kmcbride@mcginnislaw.com | 9/29/2025 7:52:55 AM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 9/29/2025 7:52:55 AM | SENT |
| Sneed Vine &Perry | | gtwnfilings@sneedvine.com | 9/29/2025 7:52:55 AM | SENT |
| Stormy Downing | | sdowning@rrspllc.com | 9/29/2025 7:52:55 AM | SENT |
| Andy Soule | | asoule@rrspllc.com | 9/29/2025 7:52:55 AM | SENT |
| Karah Powers | | kpowers@chmc-law.com | 9/29/2025 7:52:55 AM | SENT |
| Martha AnnAdams | | madams@abaustin.com | 9/29/2025 7:52:55 AM | SENT |
| Benjamin C. Hunt | | ben.hunt@bakerbotts.com | 9/29/2025 7:52:55 AM | SENT |
| Eldridge Burns | | eburns@rrspllc.com | 9/29/2025 7:52:55 AM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 9/29/2025 7:52:55 AM | SENT |
| Carol Shipley | | cshipley@rrspllc.com | 9/29/2025 7:52:55 AM | SENT |
| Emily Hill | | ehill@manortx.gov | 9/29/2025 7:52:55 AM | SENT |
| Anne Weir | | aweir@manortx.gov | 9/29/2025 7:52:55 AM | SENT |